ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                                )
                                            )
I.B.V., LTD                                 )       ASBCA No. 61685
                                            )
Under Contract No. W912GB-12-P-0009         )

APPEARANCE FOR THE APPELLANT:        Chidinma P. Okogbue, Esq.
                                       Holmes Pittman & Haraguchi LLP
                                       Chester, MD

APPEARANCES FOR THE GOVERNMENT:      Michael P. Goodman, Esq.
                                       Engineer Chief Trial Attorney
                                     Brett R. Howard, Esq.
                                       Engineer Trial Attorney
                                       U.S. Army Engineer District, Europe District

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  March 20, 2020

JAMES R. SWEET
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed
Services Board of Contract Appeals in ASBCA No. 61685, Appeal of  I.B.V., LTD,
rendered in conformance with the Board's Charter.

Dated:  March 20, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals